IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THOMAS DEAN PHILLIPS, JR.,

      Plaintiff,

v.                                               Case No.:  2:15-cv-2840
                                                        JUDGE GEORGE C. SMITH
                                                        Magistrate Judge Kemp

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

## ORDER

      This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on September 14, 2016.  The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS** the *Report and Recommendation*.  Plaintiff's Statement of Errors is hereby **OVERRULED** and final judgment shall be entered in favor of the Commissioner of Social Security.

      The Clerk shall remove Document 18 from the Court's pending motions list and enter final judgment in favor of Defendant, the Commissioner of Social Security.

          **IT IS SO ORDERED.**

                                                           */s/ George C. Smith*
                                                         **GEORGE C. SMITH, JUDGE**
                                                         **UNITED STATES DISTRICT COURT**